(PLAx), CLOSED, DISCOVERY, TRANSFERRED

## U.S. District Court
### CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:04-cv-09931-MMM-PLA

Nabeel Odeh v. Royal Jordanian Airlines et al
Assigned to: Honorable Margaret M. Morrow
Referred to: Magistrate Judge Paul L. Abrams
Demand: $10250000
Cause: 28:1441 Petition for Removal - Personal Injury

Date Filed: 12/06/2004
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**05 CV 3620**

**JUDGE HOLWELL**

### Plaintiff

**Nabeel Odeh**   represented by **Ali Reza Moghaddami**
Moghadami & Sadigh
333 E Glenoaks Dr
Ste 202
Glendale, CA 91207
818-500-4111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barzin B Sabahat**
Moghadami & Sadigh
333 E Glenoaks Dr
Ste 202
Glendale, CA 91207
818-500-4111
Fax: 818-500-4144
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Royal Jordanian Airlines**
*a business entity of unknown format*

represented by **Frank A Silane**
Condon & Forsyth
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010
310-557-2030
Email: fsilane@cfla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Lazenby**
Condon and Forsyth
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067-6010
310-557-2030
Email: rlazenby@cfla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



I hereby attest and certify on 4/29/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0101

### Defendant

through 100, Inclusive

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2004 | 1 | NOTICE OF REMOVAL by Royal Jordanian Airlines from Los Angeles County Superior Court, case number BC312538 with copy of summons and complaint. Case assigned to Judge Margaret M. Morrow, Discovery to Magistrate Judge Paul L Abrams. (Filing fee $ 150 ), filed by defendant Royal Jordanian Airlines.(rrey, ) (Entered: 12/13/2004) |
| 12/06/2004 | 2 | NOTICE of Interested Parties filed by Defendant Royal Jordanian Airlines. (rrey, ) (Entered: 12/13/2004) |
| 12/06/2004 |  | FAX number for Attorney Richard A Lazenby, Frank A Silane is 310-557-1299. (rrey, ) (Entered: 12/13/2004) |
| 12/06/2004 |  | FAX number for Attorney Ali Reza Moghaddami is 818-500-4144. (rrey, ) (Entered: 12/13/2004) |
| 12/08/2004 | 4 | NOTICE OF FILING OF NOTICE OF Removal of Civil Action to United States District Court filed by Defendant Royal Jordanian Airlines. (yl, ) (Entered: 12/14/2004) |
| 12/08/2004 | 5 | PROOF OF SERVICE filed by Defendant Royal Jordanian Airlines. The Notice of Assignment to US Magistrate Judge, Notice to Counsel, etc (see document for further details) was served on 12/7/2004. (yl, ) (Entered: 12/14/2004) |
| 12/09/2004 | 3 | ANSWER to Complaint [1] filed by defendant Royal Jordanian Airlines.(nhac, ) (Entered: 12/14/2004) |
| 12/10/2004 | 6 | MINUTES (In Chambers): Court Order by Judge Margaret M. Morrow: Counsel are hereby notified that a Scheduling Conference has been set for 2/14/05 at 9:00 AM before Judge Margaret M. Morrow in Courtroom 790, Roybal Federal Building... Counsel are directed to comply with Rule 26(f) FRCP in a timely fashion and to file a Joint Rule 26(f) Report on or before 2/3/05. See documents for further details. Court Reporter: N/A. (nhac, ) (Entered: 12/15/2004) |
| 12/22/2004 | 7 | DEMAND for Jury Trial filed by plaintiff Nabeel Odeh. (nhac, ) (Entered: 12/28/2004) |
| 02/04/2005 | 8 | RULE 26 JOINT REPORT of the Parties filed; estimated length of trial 5-7 days. (gk, ) (Entered: 02/08/2005) |
| 03/17/2005 | 9 | NOTICE OF MOTION AND MOTION to Transfer Case to to the Southern District of New York Pursuant to 28 USC Section 1404(a) filed by Defendant Royal Jordanian Airlines. Motion set for hearing on 4/18/2005 at 10:00 AM before Honorable Margaret M. Morrow. Lodged Proposed Order. (yl, ) (Entered: 03/29/2005) |
| 03/17/2005 | 10 | MEMORANDUM OF POINTS AND Authorities in Support of MOTION to Transfer Case to to the Southern District of New York Pursuant to 28 USC Section 1404(a)[9] filed by Defendant Royal Jordanian Airlines. (yl, ) (Entered: 03/29/2005) |
| 03/17/2005 | 11 | DECLARATION of Ali R. Moghaddami in Support of MOTION to Transfer Case to to the Southern District of New York Pursuant to 28 USC Section 1404(a)[9] filed by Defendant Royal Jordanian Airlines. (yl, ) (Entered: 03/29/2005) |
| 03/17/2005 | 12 | DECLARATION of Cynthia Schtakleff in support of Motion to Transfer Case to to the Southern District of New York Pursuant to 28 USC Section 1404(a)[9] filed by Defendant Royal Jordanian Airlines. (yl, ) (Entered: 03/29/2005) |
| 03/25/2005 | 13 | ORDER by Judge Margaret M. Morrow having considered defendant Royal Jordanian |

Airlines' Motion to Transfer [9], that this action be and hereby is transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. 1404(a). Original file, certified copy of transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (gk, ) (Entered: 03/29/2005)