1  Frank A. Silane (State Bar No.: 90940)
2  Richard A. Lazenby (State Bar No.: 202105)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299

   Attorneys for Defendant
   ROYAL JORDANIAN AIRLINES

Ent - 15-6 SFVod
FILED
CLERK, U S DISTRICT COURT
MAR 25 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DE

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SCANNED

LODGED
2005 MAR 17 PM 3:19
CENTRAL DIST. OF...
LOS ANGELES

ORIGINAL

7           UNITED STATES DISTRICT COURT

8           CENTRAL DISTRICT OF CALIFORNIA

11  NABEEL ODEH,                          )   Case No. CV04-9931 MMM (PLAx)
                                          )
12          Plaintiff,                    )   [PROPOSED] ORDER TO TRANSFER
                                          )   ACTION TO THE SOUTHERN
13     vs.                                )   DISTRICT OF NEW YORK
                                          )   PURSUANT TO 28 U.S.C. § 1404(a)
14  ROYAL JORDANIAN AIRLINES, a           )
    business entity of unknown format, and )   4/18/5
15  DOES 1 THROUGH 100, Inclusive,        )   10:00
                                          )   790
16          Defendants.                   )
                                          )

        Having considered defendant Royal Jordanian Airlines' Motion to Transfer
this action to the Southern District of New York and the evidence submitted
thereon, the Court finds that the convenience of the parties and witnesses and the
interest of justice would be better served if this action is transferred as requested.

        IT IS HEREBY ORDERED that this action be and hereby is transferred to
the United States District Court for the Southern District of New York pursuant to
28 U.S.C. 1404(a).

Dated March 25    , 2005              Margaret M. Morrow
                                     Honorable Margaret M. Morrow

[PROPOSED] ORDER
CASE NO. CV04-9931 MMM (PLAX)

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

13

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1

2

## PROOF OF SERVICE

## STATE OF CALIFORNIA COUNTY OF LOS ANGELES

3   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars,

4   Suite 850, Los Angeles, California 90067-6010. On March 17, 2005 I served the within documents:

5   **[PROPOSED] ORDER TO TRANSFER ACTION TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT**

6   **TO 28 U.S.C. § 1404(a)**

7   ☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set

8   forth below

9   **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that

10  practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the

11  ☒ ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

12  meter date is more than on day after the date of deposit for mailing in affidavit.

13

14  ☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

15

16  ☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

17

## See Attached Service List

18

19  **(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

20  Executed on March 17, 2005, at Los Angeles, California.

21

22  Ana Escamilla

23

24

25

26

27

28

-2-

SCANNED

## Service List

Barzin Barry Sabahat, Esq.
Anchor Law Group, APC
1975 Hamilton Ave. # 27
San Jose, CA 95125
Tel: (408) 559-1173
Fax: (408) 559-6153

Ali R. Moghaddami, Esq.
MOGHADDAMI & SADIGH
333 East Glenoaks Boulevard
Suite 202
Glendale, CA 91207
Tel: (818) 500-4111
Fax: (818) 500-4144

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

MOTION TO TRANSFER ACTION
CASE NO. CV04-9931 MMM (PLAX)