SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. CV 04-09931-MMM(PLAx)　　　　　　　　　Date February 14, 2005

Title　Nabeel Odeh vs. Royal Jordanian Airlines

Present: The Honorable　MARGARET M. MORROW

| ANEL HUERTA | DAVID SALYER |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:　　　　　　　　Attorneys Present for Defendants:

James Sadigh　　　　　　　　　　　　　　　　Richard Lazenby

**Proceedings:**　　SCHEDULING CONFERENCE

　　　Scheduling conference is held and counsel are present. Counsel and the Court discuss the progress of the parties' settlement discussions.

　　　After conferring with counsel, the Court schedules the following dates:

Deadline to file motions/stipulations seeking
　　amendment of pleadings:　　　　　　　　　　March 14, 2005
Rule 26 disclosures:　　　　　　　　　　　　　　July 22, 2005
Further telephone status conference:　　　　　　August 3, 2005 at 5:30 p.m.
Fact discovery cut-off:　　　　　　　　　　　　　August 19, 2005
Initial expert disclosures:　　　　　　　　　　　September 2, 2005
Rebuttal expert disclosures:　　　　　　　　　　September 16, 2005
Expert discovery cut-off:　　　　　　　　　　　September 30, 2005
(All discovery motions are to be filed sufficiently
in advance of the discovery cut-off date that they
may be heard on or before that date)
Notice of L.R. 16-2.9 election:　　　　　　　　　July 22, 2005
Motions hearing cut-off:　　　　　　　　　　　　October 24, 2005 at 10:00 a.m.
Pretrial Conference:　　　　　　　　　　　　　November 14, 2005 at 9:00 a.m.
(Including motions in limine)
Court Trial:　　　　　　　　　　　　　　　　　December 13, 2005 at 8:30 a.m.

　　　Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.

DOCKETED ON CM
APR - 4 2005

CV-90 (12/02)　　　　　　　　　　　　CIVIL MINUTES - GENERAL　　　　　　　Initials of Deputy Clerk