SEND

**FILED**
CLERK, U.S. DISTRICT COURT
APR - 6 2005
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| NABEEL ODEH, | CV 04-09931-MMM(PLAx) |
| PLAINTIFF(S) | |
| v. | |
| ROYAL JORDANIAN AIRLINES, | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
CASE HAS BEEN TRANSFERRED TO THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Proof of Service re Notice of Entry of Order | March 29, 2005 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

APRIL 6, 2005
Date

_Margaret M. Morrow_
United States District Judge/Magistrate Judge

CV-80 (12/95)     ORDER STRIKING FILED DOCUMENTS FROM THE RECORD

DOCKETED ON CM
APR 11 2005