# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES
WASHINGTON, DC

Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

April 18, 2005

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street
Room 540
New York, New York  10007-1581

Re:    Odeh v. Royal Jordanian
       Docket No. 05 CV 03620 (RJH)

Dear Judge Fox:

This case has been transferred to Judge Holwell in the Southern District of New York from the United States District Court for the Central District of California.  My colleagues Frank Silane and Richard Lazenby of our Los Angeles office were handling this matter when the case was pending in the United States District Court for the Central District California.  We are simply writing to advise the Court that the lead attorney for Royal Jordanian now that the case has been transferred to the Southern District of New York is the undersigned, Michael J. Holland of the Firm of Condon & Forsyth LLP, 7 Times Square, New York, New York  10036.

Respectfully yours,

CONDON & FORSYTH LLP

By _____
       Michael J. Holland
MJH/mar

cc:    Ali Reza Maghaddami, Esq.
       Barzin B. Sabahat, Esq.
       Moghaddami & Sadigh
       333 E. Glenoaks Drive
       Glendale, California  91207