```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

NABEEL ODEH,   :   05 Civ. 03620 (RJH)

               Plaintiff,   :

   -against-   :   **ORDER**

ROYAL JORDANIAN AIRLINES,   :

              Defendant.   :

-----------------------------------------------------------x

The parties are directed to appear for an pretrial conference on August 17, 2005, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
May 13, 2005

SO ORDERED:

_____
Richard J. Holwell
United States District Judge