UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NABEEL ODEH,

        Plaintiff,

   - against -                                   05 Civ. 03620 (RJH)

ROYAL JORDANIAN AIRLINES,

        Defendants.                       ORDER

------------------------------------x

A pretrial conference shall be held on October 14, 2005, at 11:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 30, 2005

SO ORDERED:

                                                      Richard J. Holwell
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/05