UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/06

-------------------------------------------------------x

NABEEL ODEH,

                     Plaintiff,

        -against-

ROYAL JORDANIAN AIRLINES,

                     Defendants.

-------------------------------------------------------x

05 Civ. 3620(RJH)

**ORDER**

       The records of this Court indicate that there has been no activity in this case since July of 2004. If plaintiff does not take steps to prosecute this action on or before June 9, 2006, the action will be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

Dated: New York, New York
         April 28, 2006

                                                   Richard J. Holwell
                                             United States District Judge