USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NABEEL ODEH,

                          Plaintiff,

       -against-

ROYAL JORDANIAN AIRLINES,

                         Defendants.

------------------------------------------------------------x

05 Civ. 3620(RJH)

**ORDER**

       Having received plaintiff's request for an extension of time, it is hereby ordered that if plaintiff does not take steps to prosecute this action on or before July 1, 2006, the action will be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Further applications for extensions of time will not be granted.

**SO ORDERED.**

Dated: New York, New York
       May 30, 2006

                                                  Richard J. Holwell
                                                  United States District Judge