

**WOLF & WOLF LLP**
**Attorneys At Law**
www.onefinelawyer.com

910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

June 15, 2006

Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re: Odeh v. Royal Jordanian Airlines
05 CV 3620

Dear Judge Holwell,

Our office was recently retained in the above captioned matter. We respectfully request a conference before Your Honor to discuss amending plaintiff's complaint and setting a discovery schedule.

Thank you for considering this request.

Very Truly Yours

Jason M. Wolf

cc. Frank A. Silane Esq. (via facsimile)

*[Handwritten:]* Conference to be held on August 1, 2006 at 10:30 a.m.
SO ORDERED
USDJ
6/19/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/06