UNITED STATES DSITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NABEEL ODEH,

       Plaintiff,

  -against-

ROYAL JORDANIAN AIRLINES,

       Defendant.
----------------------------------------------------------X

06 Civ. 3620 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/07

### CIVIL MANAGEMENT PLAN

1. The case is not to be tried by a jury.

2. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) have been exchanged.

3. No additional parties may be joined.

4. No pleading may be amended.

5. All discovery must be completed on or before March 31, 2007. Plaintiff's deposition has been taken and completed.

6. Neither party is contemplating retaining any expert witnesses.

7. Any summary judgment motion shall be served and filed within 60 days after the close of discovery. Any opposition to a summary judgment motion shall be served and filed no later than 45 days after service of the motion; reply papers, if any, shall be served and filed no later than 21 says after service of the opposition.

Jan-24-2007 05:35pm   From-CONDON & FORSYTH LLP            2123704482            T-873   P.005/005   F-911

8. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time this order is entered. Counsel should not assume that extensions will be granted as a matter of routine.

9. The status conference is adjourned from 2/9/07 to 3/16/2007 at 10:30am

Dated: 1/25/07
New York, New York

SO ORDERED:

_____
United States District Court Judge