# CONDON & FORSYTH LLP

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 3/20/07         │
└─────────────────────────────┘
```

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

VIA FACSIMILE

March 12, 2007



RECEIVED
MAR 13 2007
CHAMBERS OF
RICHARD J. HOLWELL

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1581

Re:   Odeh v. Royal Jordanian
      Docket No. 05 CV 03620 (RJH)
      C and F Ref: 62790

Dear Judge Holwell:

We are writing to respectfully request an adjournment of the status conference in this matter which is scheduled before your Honor for 11:00 a.m. on March 16, 2007. The reason for the request is a scheduling conflict that I have which will require me to be out of city at that time.

There has been one prior request for an adjournment of the conference made by plaintiff's counsel on January 24, 2007. We did not object to that request and likewise plaintiff's counsel does not object to this request.

Pretrial discovery in this matter has been proceeding. Both sides have produced documents, the plaintiff has been deposed and defendant's representative is being deposed on March 13, 2007.

The parties therefore respectfully request that the conference be adjourned for 30 days.

Respectfully yours,

CONDON & FORSYTH LLP

By _____
   Michael J. Holland

MJH/mar

*Handwritten note:* Conference adjourned to April 20, 2007 at 10:00 a.m.
SO ORDERED
[signature] USDJ 3/16/07

NEXT PTC 4/20/07 @ 10:00 A.M.

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453

CONDON & FORSYTH LLP

Honorable Richard J. Holwell
March 12, 2007
Page 2

cc:	Jason M. Wolf, Esq.
	Wolf & Wolf LLP
	910 Grand Concourse - Suite 1F
	Bronx, New York  10451