# WOLF & WOLF LLP
## Attorneys At Law
www.onefinelawyer.com

910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

August 8, 2007

VIA FACSIMILE

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern Distict of New York
500 Pearl Street
New York, New York 10007-1581

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```

Re: Odeh v. Royal Jordanian
Case No. 05 CV 03620

Dear Judge Holwell:

We are writing to inform the Court of our inability to contact our client, Mr. Nabeel Odeh. The only information we have is that plaintiff is currently somewhere in Jordan. Our attempts to locate him, however, have failed. We also know that Mr. Odeh is extremely ill with cancer.

The Court has set the summary judgment deadline as September 15, 2007. Until we contact our client, we would be unable to timely respond to the defendant's motion. I have discussed this situation with defendant's counsel and we both agree that this matter should be placed on the suspense docket until such time as plaintiff's exact whereabouts can be located.

The parties therefore respectfully request that the deadline for summary judgment motions be adjourned without date until we notify the Court that plaintiff has been located. During this time, my office will make further attempts to contact plaintiff.

Respectfully submitted,

Jason M. Wolf

cc: Michael J. Holland, Esq.
Condon & Forsyth, LLP
Attorney for Defendant
Via Fax (212) 370-4482

Application Granted. All deadlines for the summary judgement motion are adjourned sine die. Plaintiff's counsel shall advise the Court of the status of the matter by January 15, 2008.

SO ORDERED

USDJ
8/8/07