# WOLF & WOLF LLP
## Attorneys At Law
www.onefinelawyer.com

| | |
|---|---|
| 910 Grand Concourse, Ste. 1F | 5 Main Street |
| Bronx, New York 10451 | Haverstraw, New York 10927 |
| Tel. (718) 410-0653 | Tel. (845) 429-5500 |
| Alt. Tel. (718) 410-2323 | Fax (845) 429-5515 |
| Fax (718) 588-8035 | |

EDWARD H. WOLF                                                                                          BRIAN R. KAUFMAN, PARALEGAL
JASON M. WOLF

January 14, 2008

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                        Re:     <u>Odeh v. Royal Jordanian Airlines</u>
                                 SDNY Case No. 05 cv 03620

Dear Judge Howell:

      This office represents the plaintiff, Nabeel Odeh in the above-referenced matter. We write to inform the Court that we have located our client as he has returned to the United States. Mr. Odeh advises us that he is ready to proceed with this matter.

      It is our understanding that Michael J. Holland, Esq., counsel for defendant, intends to move for summary judgment. Therefore, we respectfully requested that your Honor schedule a motion conference to discuss a briefing schedule. We have spoken with Mr. Holland and he consents to our request.

      Thank you for your consideration.

                                                                             Respectfully submitted,

                                                                             /s/

                                                                          Jason M. Wolf

Cc:     Michael J. Holland, Esq.
           (via facsimile to 212-370-4453)