JAN 1 4 2008

**WOLF & WOLF LLP**
**Attorneys At Law**
www.onefinelawyer.com

910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

BRIAN R. KAUFMAN, PARALEGAL

January 14, 2008

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

Re:    Odeh v. Royal Jordanian Airlines
       SDNY Case No. 05 cv 03620

Dear Judge Howell:

This office represents the plaintiff, Nabeel Odeh in the above-referenced matter. We write to inform the Court that we have located our client as he has returned to the United States. Mr. Odeh advises us that he is ready to proceed with this matter.

It is our understanding that Michael J. Holland, Esq., counsel for defendant, intends to move for summary judgment. Therefore, we respectfully requested that your Honor schedule a motion conference to discuss a briefing schedule. We have spoken with Mr. Holland and he consents to our request.

Thank you for your consideration.

Counsel shall appear for a conference on April 11, 2008 at 10:30 a m

Respectfully submitted,

Jason M. Wolf

**SO ORDERED**

Cc:    Michael J. Holland, Esq.
       (via facsimile to 212-370-445

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 16, 2008