**WOLF & WOLF LLP**
**Attorneys At Law**
www.onefinelawyer.com

| | |
|---|---|
| 910 Grand Concourse, Ste. 1F | 5 Main Street |
| Bronx, New York 10451 | Haverstraw, New York 10927 |
| Tel. (718) 410-0653 | Tel. (845) 429-5500 |
| Alt. Tel. (718) 410-2323 | Fax (845) 429-5515 |
| Fax (718) 588-8035 | |

EDWARD H. WOLF                                                                                         BRIAN R. KAUFMAN, PARALEGAL
JASON M. WOLF

April 8, 2008

**VIA ECF AND FACSIMILE**

HON. RICHARD J. HOLWELL
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Odeh v. Royal Jordanian Airlines
        SDNY Case No. 05-cv-3620 (RJH)

Dear Judge Holwell:

  This office represents the plaintiff, Nabeel Odeh in the above-referenced action. We write with the consent of Michael Holland, Esq., attorney for defendants, to respectfully request an adjournment of the conference scheduled for April 11, 2008.

  The adjournment has become necessary as I will be actually engaged in a deposition in a federal discrimination matter entitled Langford v. United States Postal Service. It was extremely difficult for me to schedule this deposition as the deponent has a very conflicting schedule, and will not be available on any other date. Therefore, I am unable to adjourn the deposition.

      It is respectfully requested that the conference scheduled for April 11, 2008 be adjourned for at least two weeks to a date convenient to the Court. Thank you for your consideration.

                        Respectfully submitted,

                        *Jason M. Wolf*

                        Jason M. Wolf

cc:    Michael Holland, Esq. (via email)