RECEIVED
APR 8 2008
CHAMBERS OF
RICHARD J. HOLWELL

**WOLF & WOLF LLP**
**Attorneys At Law**
www.onefinelawyer.com

910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

BRIAN R. KAUFMAN, PARALEGAL

April 8, 2008

**VIA ECF AND FACSIMILE**

HON. RICHARD J. HOLWELL
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

Re:    Odeh v. Royal Jordanian Airlines
       SDNY Case No. 05-cv-3620 (RJH)

Dear Judge Holwell:

This office represents the plaintiff, Nabeel Odeh in the above-referenced action. We write with the consent of Michael Holland, Esq., attorney for defendants, to respectfully request an adjournment of the conference scheduled for April 11, 2008.

The adjournment has become necessary as I will be actually engaged in a deposition in a federal discrimination matter entitled Langford v. United States Postal Service. It was extremely difficult for me to schedule this deposition as the deponent has a very conflicting schedule, and will not be available on any other date. Therefore, I am unable to adjourn the deposition.

*Conference adjourned to 5/2/08 at 10:30*

*So ordered*

*[signature] 4/14/0*

It is respectfully requested that the conference scheduled for April 11, 2008 be adjourned for at least two weeks to a date convenient to the Court.  Thank you for your consideration.

Respectfully submitted,

*Jason M. Wolf*

Jason M. Wolf

cc:     Michael Holland, Esq. (via email)