UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
----------------------------------------

NABEEL ODEH,

      Plaintiffs,

   -against-

ROYAL JORDANIAN AIRLINES,

      Defendants.
------------------------------------------------------------------X
----------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

05 Civ. 03620 (RJH) (KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_ Settlement*

___ Inquest After Default/Damages Hearing

_X_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
    June 20, 2008

_____
HON: Richard J. Holwell
United States District Judge