UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NABEEL ODEH,                              :

        Plaintiff,                       :

    -against-                              :        ORDER
                                                         05 Civ. 3620 (KNF)

ROYAL JORDANIAN AIRLINES, A BUSINESS :
ENTITY OF UNKNOWN FORMAT, ET AL.
                                                       :

        Defendants.
                                                       :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on July 7, 2008, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York        SO ORDERED:
       June 26, 2008

                                                              _____
                                                             KEVIN NATHANIEL FOX
                                                            UNITED STATES MAGISTRATE JUDGE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: 06/27/08]