UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NABEEL ODEH,

        Plaintiff,

    -against-

ROYAL JORDANIAN AIRLINES, A BUSINESS
ENTITY OF UNKNOWN FORMAT, ET AL.

        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

ORDER
05 Civ. 3620 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the telephonic status conference scheduled previously for July 7, 2008, at 5:00 p.m., shall be held at 5:15 p.m., on July 24, 2008. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       July 16, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE