UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NABEEL ODEH,                                       :

        Plaintiff,                              :

    -against-                                         :

ROYAL JORDANIAN AIRLINES, A BUSINESS   :
ENTITY OF UNKNOWN FORMAT, ET AL.

        Defendants.                           :
------------------------------------------------------------X

ORDER

05 Civ. 3620 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic status conference was held with counsel to the respective parties on July 24, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. the non-jury trial of this action will commence on November 18, 2008, at 10:00 a.m.;

2. on or before October 1, 2008, the direct testimony of each trial witness shall be presented to the Court in the form of an affidavit. Thus, the trial of the action will consist primarily of the cross-examination of each affiant on the facts contained in the affiant's affidavit;

3. on or before October 1, 2008, each party shall submit to the Court any pretrial memorandum of law the party wishes the Court to consider. In addition, each party shall submit to the Court a statement of the elements of each claim or defense involving such a party together with a summary of the facts relied upon to establish each element; and

4. on or before September 5, 2008, the parties shall submit their joint pretrial order to the Court. That document must conform with the requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated: New York, New York
July 28, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE