**MEMO ENDORSED**

**WOLF & WOLF LLP**
**Attorneys At Law**
www.onefinelawyer.com



910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

MITCHELL C. RUTKIN OF COUNSEL

September 4, 2008

**VIA FACSIMILE TO (212) 805-6712**

Hon. Kevin Nathaniel Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:    Odeh v. Royal Jordanian Airlines
                       SDNY Case No. 05-cv-3620 (KNF)

Dear Magistrate Judge Fox:

    This office represents the plaintiff, Nabeel Odeh in the above-referenced action. We write with the consent of Michael Holland, Esq., attorney for defendants, to respectfully request a one-week extension of the time to submit the pre-trial order, currently scheduled for tomorrow.

    The reason for the extension is that I have been preparing for trial in the case of Howell v. The New York Leadership Academy before Hon. John G. Koeltl, which could begin as early as next week. Therefore, I have been unable to complete plaintiff's portion of the pre-trial order.

    It is respectfully requested that a one-week extension be granted. Thank you for your consideration.

9/5/08
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Very truly yours,

Jason M. Wolf

cc:    Michael Holland, Esq. (via facsimile)